AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 09 FEB '18 13:08 USDC-ORP

Andrew Grimm )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:18-CV-183-MO
City of Portland, L. McHenry, F. Earle, Retriever Towing )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Portland
c/o Office of the City Attorney
1221 SW 4th Avenue
Room 430
Portland, OR 97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrew Grimm
15287 Pepperwood Drive
Omaha, NE 68154
Pro Se Plaintiff

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mary L. Moran, Clerk of Court
CLERK OF COURT

Date: 01/29/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-00183-MO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **City of Portland**
was received by me on *(date)* **01/29/2018**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On January 31, 2018, I went to the City Attorney's office and personally hand-delivered a copy of the Complaint and of the Summons to Ed Becerril, an office support specialist, who explicitly accepted service of summons on behalf of the Portland City Attorney.

My fees are $ **0.00** for travel and $ **25.00** for services, for a total of $ **25.00**.

I declare under penalty of perjury that this information is true.

Date: **02/02/2018**

*Server's signature*

Mr. Gregory Keenan
*Printed name and title*

81 Stewart Street
Floral Park, NY 11001
*Server's address*

Additional information regarding attempted service, etc: