**Matthew D. Lowe,** OSB# 003093
E-mail:  matthew.lowe@jordanramis.com
JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr 6th Flr
Lake Oswego OR 97035
Telephone:  (503) 598-7070
Facsimile:  (503) 598-7373
    Attorneys for Defendant Retriever Towing

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ANDREW GRIMM**,<br><br>    Plaintiff,<br><br>v.<br><br>**CITY OF PORTLAND, L. MCHENRY, F. EARLE, AND RETRIEVER TOWING**,<br><br>    Defendants. | Case No. 3:18-CV-183-MO<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT RETRIEVER TOWING |

Defendant Retriever Towing an assumed business name of Parking Enforcement Services, LLC, an active Oregon limited liability company.  This matter is not a diversity action and therefore LR 7.1-1 is inapplicable.  There are no corporate members of Parking Enforcement Services, LLC.

Dated this 21st day of February, 2018.

                                    JORDAN RAMIS PC

                                    By: *s/ Matthew D. Lowe*
                                        **MATTHEW D. LOWE,**
                                        **OSB # 003093**
                                        Two Centerpointe Dr 6th Flr
                                        Lake Oswego OR 97035
                                        Telephone:  (503) 598-7070
                                        matt.lowe@jordanramis.com
                                        **Attorneys for Defendant Retriever TowingCERTIFICATE OF**

Page 1 –CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT RETRIEVER TOWING

## SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANT RETRIEVER TOWING on:

>Andrew Grimm
>15287 Pepperwood Drive
>Omaha, NE 68154
>Agrimm3@gmail.com
>   Plaintiff Pro se

>Mr. Robert Yamachika
>Portland Office of City Attorney
>1221 SW 4th Ave Ste 430
>Portland OR  97204
>Fax:  503 823-3089
>Email: rob.yamachika@portlandoregon.gov
>   Attorneys for the City of Portland

[X] by first class mail, postage prepaid.

[ ] by hand delivery.

[ ] by facsimile transmission.

[ ] by facsimile transmission and first class mail, postage prepaid.

[ ] by electronic transmission.

[ ] by electronic transmission and first class mail, postage prepaid.

DATED:  February 21, 2018.

>By: *s/ Matthew D. Lowe*
>Matthew D. Lowe, OSB # 003093
>Of Attorneys for Retriever Towing