Andrew Grimm
agrimm3@gmail.com
15287 Pepperwood Drive
Omaha, NE 68154
Tel: (650) 422-8035
Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ANDREW GRIMM**, <br> Plaintiff, <br><br> v. <br><br> **CITY OF PORTLAND, et al.**, <br> Defendants. | Case No.: 3:18-cv-00183-MO <br><br> Plaintiff Andrew Grimm's <br> UNOPPOSED MOTION TO STAY <br> DISCOVERY <br><br> [with a Proposed Order] |

### LR 7-1 CERTIFICATION

I, Plaintiff Andrew Grimm, certify that I have conferred with all opposing counsel, both Mr. Yamachika and Mr. Lowe. Both informed me they do not oppose this Motion.

### MOTION

I respectfully request that this Court stay discovery between the parties until this Court has ruled on the Rule 12(b)(6) Motion to Dismiss filed by Defendant Parking Enforcement Services, Inc. d/b/a Retriever Towing ("Retriever Towing") (Dkt. #7). I respectfully further request that this Court toll the discovery deadline set forth in this Court's Discovery and Pretrial Scheduling Order (Dkt. #3 at 3) until this Court has ruled on Retriever Towing's Rule 12(b)(6) Motion to Dismiss.

///

///

UNOPPOSED MOTION TO STAY DISCOVERY – 1

**MEMORANDUM IN SUPPORT OF MOTION**

A "district court has wide discretion in controlling discovery." Little v. City of Seattle, 863 F.2d 681, 685 (9th Cir. 1988). As part of that discretion, a court may stay discovery where such a stay "furthers the goal of efficiency for the court and litigants." Id. On a motion for a stay, a court "weigh[s] the competing interests affected by the granting or denial of a stay." Allison v. Dolich, No. 3:14-CV-1005-AC, 2017 WL 7052909, at *2 (D. Or. June 21, 2017).

Here, Retriever Towing has filed a Rule 12(b)(6) Motion to Dismiss that addresses the merits of this lawsuit. Thus, a stay of discovery until this Court rules on that Motion will help the parties to avoid potentially unnecessary discovery costs. Also, the Court's resolution of legal issues raised by Retriever Towing's Motion will be helpful in determining the necessary scope of discovery for all parties, including the Defendants not on the Motion to Dismiss—Defendants City of Portland, Officer McHenry, and Officer Earle ("City Defendants"). Furthermore, all parties are aware of their obligations to preserve discoverable material during the proposed stay. All parties have conferred and agreed that a stay of discovery is appropriate at this time.

Respectfully submitted,

Dated: February 27, 2018

s/Andrew Grimm
Andrew Grimm
Pro Se Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Plaintiff Andrew Grimm's UNOPPOSED MOTION TO STAY DISCOVERY on:

> Mr. Robert Yamachika
> Deputy City Attorney
> Office of City Attorney
> 1221 SW 4th Ave, Suite 430
> Portland, OR 97204
> Email: Rob.Yamachika@portlandoregon.gov
> Telephone: (503) 823-4047
> Facsimile: (503) 823-3089
> > *Of Attorney for Defendants City of Portland,*
> > *L. McHenry, and F. Earle*
>
> Mr. Matthew Lowe
> Jordan Ramis PC
> Two Centerpointe Drive, 6th Floor
> Lake Oswego, OR 97035
> Email: matthew.lowe@jordanramis.com
> Telephone: (503) 598-7070
> Facsimile: (503) 598-7373
> > *Of Attorney for Retriever Towing*

by **electronic filing** in CM/ECF.

Dated: February 27, 2018                s/Andrew Grimm
                                   Andrew Grimm
                                   Pro Se Plaintiff