ROBERT YAMACHIKA, Oregon State Bar ID Number 065560
Senior Deputy City Attorney
Email: Rob.Yamachika@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Room 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants City of Portland,
L. McHenry, and F. Earle*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ANDREW GRIMM,** | 3:18-cv-183 MO |
| **PLAINTIFF,** | |
| v. | **DECLARATION OF FRANK EARLE IN SUPPORT OF DEFENDANT CITY OF PORTLAND'S MOTION FOR SUMMARY JUDGMENT** |
| **CITY OF PORTLAND, L. MCHENRY, F. EARLE, AND RETRIEVER TOWING** | |
| **DEFENDANTS.** | |

I, FRANK EARLE, declare and state as follows:

    1.    I am a Parking Code Enforcement Officer in the City of Portland's Bureau of Transportation.

    2.    I make this declaration in support of the City of Portland's Motion for Summary Judgment.

    3.    On December 18, 2017, I observed a Honda Accord, California license plate 6DNF990 with expired registration tags dated "Jun 2017."

    4.    I checked the plate and data confirmed that on December 15, 2017, the City of Portland issued citations Nos. HA30383285 and HA3038326 for failing to display current registration tags and for being unlawfully parked in a meter zone without proof of payment of the

Page  1  –  DECLARATION OF FRANK EARLE

parking meter fee. Data confirmed that no electronic payment had been made since December 15, 2017.

5. On December 18, 2017, I issued parking Citation No. HA30925526 in violation of 16.20.120(L) for failure to display current registration; and Citation No. 30925527 in violation of 16.20.430-A for failing to display meter receipt curb side. I placed the two citations on the exterior of the vehicle's windshield directly on top of the citations previously issued.

6. On December 19, 2017, I came upon the same Honda Accord parked on SW Hall Street between 4th and 5th Avenue in the same meter space. Parking Enforcement data confirmed no electronic payment had been made. I issued the third parking Citation No. HA30925545 in violation of 16.20.430-A for failing to display meter receipt curb side. The citation included comment "CITE AND WARN."

7. I placed a separate red warning slip with the third citation. The red warning slip had the word "WARNING" in large print on one side and on the back side it provided a warning and notice stating, "Your vehicle will be subject to tow/citation if it is not moved." I underlined the word "tow" and circled words "tow/citation" on the backside of the warning slip.

8. On December 21, 2017, the Honda Accord remained unlawfully parked at the same parking meter space without proof of payment of the parking meter fee. I issued a fourth parking Citation No. 30925607 in violation of 16.20.430-A for failing to display proof of payment receipt curb side. I placed the fourth citation on top of the previously issued citations on the exterior of the vehicle's windshield. The fourth citation included comment referencing the previous warning "PREV CI AND WRNED."

9. I placed a separate red tow slip with the fourth citation on the exterior of the vehicle's windshield. The red tow slip had the word "TOW" in large print on one side and an order to tow vehicle and underlying information on the other side.

Page  2  –  DECLARATION OF FRANK EARLE

10. Attached to this declaration as **Exhibit 1** are true and correct copies of the six parking citations along with photographs issued to the owner of the Honda Accord, California license plate 6DNF990 between December 15 and December 21, 2017.

11. Attached to this declaration as **Exhibit 2** is a copy of Retriever Towing's photograph of plaintiff's vehicle depicting the red TOW slip I placed together with the fourth citation.

12. Attached to this declaration as **Exhibit 3** is a true and correct copy of an exemplar red WARNING placard.

13. Attached to this declaration as **Exhibit 4** is a true and correct copy of an exemplar red TOW notice placard.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: May 15, 2018.

                                                                 /s/ Frank Earle
                                                                  Frank Earle