## Parking Violation #  HA30383285

| | | | | |
|---|---|---|---|---|
| Officer: | 160 | Date: | 12/15/17 | |
| Time: | 08:54 AM | Violation: | 95 | |
| Make: | HONDA | State: | CA | |
| Plate: | 6DNF990 | Expiration: | | |
| Trip: | | VIN: | | |
| Street: | SW HALL ST | | | |
| From: | 5TH AVE | | | |
| To: | 4TH AVE | | | |
| Physical Loc: | | | | |
| Address: | | | | |
| Side of Street: | S | Meter #: | F200410 | |
| Receipt #: | | Receipt Exp: | | |

Comments:   NO REC CURB SIDE, CHECKED DATA NO ELECTRONIC PAYMENT
PAY DURING METER HOURS

Remarks:

**CITY OF PORTLAND**
Title No. 16 Ord. 165189
CIRCUIT COURT FOR MULTNOMAH COUNTY
**PARKING VIOLATION**

CITATION #   HA30383285
DATE           TIME MARKED       TIME ISSUED
12/15/2017                              08:54AM
LICENSE #           EXPIRATION       STATE
6DNF990              06/17               CA
VEHICLE ID                              TRIP EXP

MAKE            METER #        LIMIT       V/S
HONDA          F200410         3H
RECEIPT #     EXP TIME       BEAT #
                                                10
LOCATION
SW HALL ST
between 5TH AVE
and    4TH AVE
SIDE             OFFICER              OFC #
S       L. McHenry                      160
SIGN DETAILS

IN VIOLATION OF:  16.20.430-A
NO METER RECEIPT
AMOUNT DUE:   $ 65.00
COMMENTS:
NO REC CURB SIDE, CHECKED DATA NO
ELECTRONIC PAYMENT PAY DURING METER
HOURS

Photos 5

Exhibit 1
Decl. of Earle
Page 1 of 14

**Parking Violation #  HA30383285**






Exhibit 1
Decl. of Earle
Page 2 of 14

**Parking Violation #  HA30383285**



Exhibit 1
Decl. of Earle
Page 3 of 14

## Parking Violation #  HA30383286

| | | | |
|---|---|---|---|
| **Officer:** | 160 | **Date:** | 12/15/17 |
| **Time:** | 08:55 AM | **Violation:** | 110 |
| **Make:** | HONDA | **State:** | CA |
| **Plate:** | 6DNF990 | **Expiration:** | |
| **Trip:** | | **VIN:** | |
| **Street:** | SW HALL ST | | |
| **From:** | 5TH AVE | | |
| **To:** | 4TH AVE | | |
| **Physical Loc:** | | | |
| **Address:** | | | |
| **Side of Street:** | S | **Meter #:** | F200410 |
| **Receipt #:** | | **Receipt Exp:** | |

**Comments:**  DISPLAYING EXPIRED REGISTRATION 91 DAYS OR MORE

EXPIRED TAG REAR, NO TAG FRONT, NO TEMP/TRIP

**Remarks:**

---

**CITY OF PORTLAND**
Title No. 16 Ord. 165189
CIRCUIT COURT FOR MULTNOMAH COUNTY
**PARKING VIOLATION**

CITATION #   HA30383286

| DATE | TIME MARKED | TIME ISSUED |
|---|---|---|
| 12/15/2017 | | 08:55AM |

| LICENSE # | EXPIRATION | STATE |
|---|---|---|
| 6DNF990 | 06/17 | CA |
| VEHICLE ID | | TRIP EXP |

| MAKE | METER # | LIMIT | V/S |
|---|---|---|---|
| HONDA | F200410 | | |
| RECEIPT # | EXP TIME | BEAT # | |
| | | 10 | |

LOCATION
SW HALL ST
between 5TH AVE
and    4TH AVE

| SIDE | OFFICER | OFC # |
|---|---|---|
| S | L. McHenry | 160 |
| | SIGN DETAILS | |

IN VIOLATION OF:  16.20.120 (L)
FAILURE TO DISPLAY CURRENT
REGISTRATION (91 OR MORE DAYS)
$ 145.00
COMMENTS:
DISPLAYING EXPIRED REGISTRATION 91 DAYS OR MORE EXPIRED TAG REAR, NO TAG FRONT, NO TEMP/TRIP

Photos 4

Exhibit 1
Decl. of Earle
Page 4 of 14

**Parking Violation #   HA30383286**






Exhibit 1
Decl. of Earle
Page 5 of 14

## Parking Violation #  HA30925526

| | | | |
|---|---|---|---|
| Officer: | 159 | Date: | 12/18/17 |
| Time: | 09:30 AM | Violation: | 110 |
| Make: | HONDA | State: | CA |
| Plate: | 6DNF990 | Expiration: | |
| Trip: | | VIN: | |
| Street: | SW HALL ST | | |
| From: | 5TH AVE | | |
| To: | 4TH AVE | | |
| Physical Loc: | | | |
| Address: | | | |
| Side of Street: | S | Meter #: | F200410 |
| Receipt #: | | Receipt Exp: | |

Comments:   DISPLAYING EXPIRED REGISTRATION 91 DAYS OR MORE

EXPIRED TAGS FRONT AND REAR, NO TEMP/TRIP

Remarks:

---

**CITY OF PORTLAND**
Title No. 16 Ord. 165189
CIRCUIT COURT FOR MULTNOMAH COUNTY
**PARKING VIOLATION**

CITATION #   HA30925526

| DATE | TIME MARKED | TIME ISSUED |
|---|---|---|
| 12/18/2017 | | 09:30AM |

| LICENSE # | EXPIRATION | STATE |
|---|---|---|
| 6DNF990 | 06/17 | CA |
| VEHICLE ID | | TRIP EXP |

| MAKE | METER # | LIMIT | V/S |
|---|---|---|---|
| HONDA | F200410 | | |
| RECEIPT # | EXP TIME | BEAT # |
| | | 10 |

LOCATION
SW HALL ST
between 5TH AVE
and    4TH AVE

| SIDE | OFFICER | OFC # |
|---|---|---|
| S | F. Earle | 159 |

SIGN DETAILS

IN VIOLATION OF:   16.20.120 (L)
FAILURE TO DISPLAY CURRENT
REGISTRATION (91 OR MORE DAYS)
$ 145.00
COMMENTS:
DISPLAYING EXPIRED REGISTRATION 91 DAYS (
MORE EXPIRED TAGS FRONT AND REAR, NO
TEMP/TRIP

Photos 5

WAR: WARNING (12.15.2017 8.52.00AM,
110, HALL ST Side: S; between 5TH AVE
and 4TH AVE; Officer: 160; Vehicle:
HONDA; Valves: /// DISPLAYING
EXPIRED REGISTRATION 91 DAYS OR
MORE)

Exhibit 1
Decl. of Earle
Page 6 of 14

**Parking Violation #  HA30925526**






Exhibit 1
Decl. of Earle
Page 7 of 14

**Parking Violation #  HA30925526**



Exhibit 1
Decl. of Earle
Page 8 of 14

## Parking Violation #  HA30925527

| | | | |
|---|---|---|---|
| **Officer:** | 159 | **Date:** | 12/18/17 |
| **Time:** | 09:32 AM | **Violation:** | 95 |
| **Make:** | HONDA | **State:** | CA |
| **Plate:** | 6DNF990 | **Expiration:** | |
| **Trip:** | | **VIN:** | |
| **Street:** | SW HALL ST | | |
| **From:** | 5TH AVE | | |
| **To:** | 4TH AVE | | |
| **Physical Loc:** | | | |
| **Address:** | | | |
| **Side of Street:** | S | **Meter #:** | F200410 |
| **Receipt #:** | | **Receipt Exp:** | |

**Comments:** NO REC CURB SIDE, CHECKED DATA NO ELECTRONIC PAYMENT

**Remarks:**

---

**CITY OF PORTLAND**
Title No. 16 Ord. 165189
CIRCUIT COURT FOR MULTNOMAH COUNTY
**PARKING VIOLATION**

| CITATION # | HA30925527 | |
|---|---|---|
| DATE | TIME MARKED | TIME ISSUED |
| 12/18/2017 | | 09:32AM |
| LICENSE # | EXPIRATION | STATE |
| 6DNF990 | 06/17 | CA |
| VEHICLE ID | | TRIP EXP |
| MAKE | METER # | LIMIT | V/S |
| HONDA | F200410 | 3H | |
| RECEIPT # | EXP TIME | BEAT # |
| | | 10 |

LOCATION
SW HALL ST
between 5TH AVE
and       4TH AVE

| SIDE | OFFICER | OFC # |
|---|---|---|
| S | F. Earle | 159 |

SIGN DETAILS

IN VIOLATION OF: 16.20.430-A
**NO METER RECEIPT**
AMOUNT DUE: **$ 65.00**
COMMENTS:
NO REC CURB SIDE, CHECKED DATA NO ELECTRONIC PAYMENT

Photos 4

WAR: WARNING (12.15.2017 8.52.00AM, 110, HALL ST Side: S; between 5TH AVE and 4TH AVE; Officer: 160; Vehicle: HONDA; Valves: /// DISPLAYING EXPIRED REGISTRATION 91 DAYS OR MORE)

Exhibit 1
Decl. of Earle
Page 9 of 14

**Parking Violation #  HA30925527**






Exhibit 1
Decl. of Earle
Page 10 of 14

## Parking Violation #  HA30925545

| | | | |
|---|---|---|---|
| Officer: | 159 | Date: | 12/19/17 |
| Time: | 08:43 AM | Violation: | 95 |
| Make: | HONDA | State: | CA |
| Plate: | 6DNF990 | Expiration: | |
| Trip: | | VIN: | |
| Street: | SW HALL ST | | |
| From: | 5TH AVE | | |
| To: | 4TH AVE | | |
| Physical Loc: | | | |
| Address: | | | |
| Side of Street: | S | Meter #: | F200410 |
| Receipt #: | | Receipt Exp: | |

Comments:  NO REC CURB SIDE, CHECKED DATA NO ELECTRONIC PAYMENT

VS 6 4

CITE AND WARN

Remarks:

---

**CITY OF PORTLAND**
Title No. 16 Ord. 165189
CIRCUIT COURT FOR MULTNOMAH COUNTY

**PARKING VIOLATION**

CITATION #   HA30925545

| DATE | TIME MARKED | TIME ISSUED |
|---|---|---|
| 12/19/2017 | | 08:43AM |

| LICENSE # | EXPIRATION | STATE |
|---|---|---|
| 6DNF990 | 06/17 | CA |

VEHICLE ID / TRIP EXP

| MAKE | METER # | LIMIT | V/S |
|---|---|---|---|
| HONDA | F200410 | 3H | |

RECEIPT # / EXP TIME / BEAT #

LOCATION: 10

SW HALL ST
between 5TH AVE
and    4TH AVE

| SIDE | OFFICER | OFC # |
|---|---|---|
| S | F. Earle | 159 |

SIGN DETAILS

IN VIOLATION OF: 16.20.430-A
NO METER RECEIPT
AMOUNT DUE:  $ 65.00
COMMENTS:
NO REC CURB SIDE. CHECKED DATA NO ELECTRONIC PAYMENT VS 6 4 CITE AND WARN

Photos 4

Exhibit 1
Decl. of Earle
Page 11 of 14

## Parking Violation #  HA30925545






Exhibit 1
Decl. of Earle
Page 12 of 14

## Parking Violation #  HA30925607

| | | | |
|---|---|---|---|
| **Officer:** | 159 | **Date:** | 12/21/17 |
| **Time:** | 08:35 AM | **Violation:** | 95 |
| **Make:** | HONDA | **State:** | CA |
| **Plate:** | 6DNF990 | **Expiration:** | |
| **Trip:** | | **VIN:** | |
| **Street:** | SW HALL ST | | |
| **From:** | 5TH AVE | | |
| **To:** | 4TH AVE | | |
| **Physical Loc:** | | | |
| **Address:** | | | |
| **Side of Street:** | S | **Meter #:** | F200410 |
| **Receipt #:** | | **Receipt Exp:** | |

**Comments:**   NO REC CURB SIDE, CHECKED DATA NO ELECTRONIC PAYMENT

VS 6 4  SR 1304

PREV CITE AND WRNED

**Remarks:**

---

**CITY OF PORTLAND**
Title No. 16 Ord. 165189
CIRCUIT COURT FOR MULTNOMAH COUNTY
**PARKING VIOLATION**

CITATION #   HA30925607

| DATE | TIME MARKED | TIME ISSUED |
|---|---|---|
| 12/21/2017 | | 08:35AM |

| LICENSE # | EXPIRATION | STATE |
|---|---|---|
| 6DNF990 | 06/17 | CA |
| VEHICLE ID | | TRIP EXP |

| MAKE | METER # | LIMIT | V/S |
|---|---|---|---|
| HONDA | F200410 | 3H | |
| RECEIPT # | EXP TIME | | BEAT # |
| | | | 10 |

LOCATION

SW HALL ST
between 5TH AVE
and    4TH AVE

| SIDE | OFFICER | OFC # |
|---|---|---|
| S | F. Earle | 159 |
| | SIGN DETAILS | |

IN VIOLATION OF:   16.20.430-A
**NO METER RECEIPT**
AMOUNT DUE:   $ 65.00
COMMENTS:
NO REC CURB SIDE, CHECKED DATA NO
ELECTRONIC PAYMENT VS 6 4  SR 1304 PREV CI
AND WRNED

Photos 4

WAR: WARNING (12.19.2017 8.43.00AM,
95, HALL ST Side: S; between 5TH AVE
and 4TH AVE; Officer: 159; Vehicle:
HONDA; Valves: /// NO REC CURB SIDE,
CHECKED DATA NO ELECTRONIC
PAYMENT)

Exhibit 1
Decl. of Earle
Page 13 of 14

**Parking Violation #  HA30925607**






Exhibit 1
Decl. of Earle
Page 14 of 14



Thu, Dec 21, 2017 @ 09:18 PST - GPS: 45.510055, -122.681567

PES_000007

Exhibit 2
Decl. of Earle
Page 1 of 1



Exhibit 3
Decl. of Earle
Page 1 of 1



Exhibit 4
Decl. of Earle
Page 1 of 1