ROBERT YAMACHIKA, Oregon State Bar ID Number 065560
Senior Deputy City Attorney
Email: Rob.Yamachika@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Room 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants City of Portland,*
*L. McHenry, and F. Earle*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ANDREW GRIMM,** | 3:18-cv-183 MO |
| **PLAINTIFF,** | |
| v. | **DECLARATION OF JOSEPHINE VAZQUEZ IN SUPPORT OF CITY OF PORTLAND'S MOTION FOR SUMMARY JUDGMENT** |
| **CITY OF PORTLAND, L. MCHENRY, F. EARLE, AND RETRIEVER TOWING** | |
| **DEFENDANTS.** | |

I, JOSEPHINE VAZQUEZ, Paralegal, declare as follows:

1. I am employed as a litigation paralegal for the Portland City Attorney's Office. I make this Declaration in support of the City of Portland's Motion for Summary Judgment. The following is true to the best of my knowledge, information and belief:

2. On or about February 7, 2018 I was assigned to assist in the handling of this litigation and began the internal review and analysis relating to plaintiff's claims.

3. On February 8, 2018 I performed a social media investigation and conducted an online inquiry of plaintiff's corporation MyGarcon, Inc. *d/b/a* KnowTow through the Nebraska Secretary of State Corporation and Business Entity Search engine.

4. On or about February 20, 2018 I completed an inquiry relating to plaintiff's communications with the Portland City Attorney's Office, as shown in the communication records of the Portland City Attorney's Office, copies attached hereto as **Exhibit 5**.

5. On May 9, 2018 I conducted a subsequent corporation and business entity search relating MyGarcon, Inc. *d/b/a* KnowTow, as shown in the records of the Nebraska Secretary of State Corporation and Business Entity Search.

6. Attached to this declaration as **Exhibit 6** are true and correct copies of the online business entity search results printed from the Nebraska Secretary of State Corporation's website.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: May 15, 2018.

      */s/ Josephine Vazquez*
      Josephine Vazquez

Page 2 – DECLARATION OF JOSEPHINE VAZQUEZ