IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ANDREW GRIMM**,

       Plaintiff,

   v.

**CITY OF PORTLAND;**
**L. MCHENRY; F. EARLE;**
and **RETRIEVER TOWING,**

       Defendants.

3:18-cv-183-MO

JUDGMENT

**MOSMAN, J.**,

    As stated on the record [26], I GRANT the remaining Defendants' Motion for Summary Judgment [19]. IT IS ORDERED AND ADJUDGED that this case is DISMISSED with prejudice.

DATED this  18   day of July, 2018.

                                            /s/ Michael W. Mosman
                                            MICHAEL W. MOSMAN
                                            Chief United States District Judge

1 – JUDGMENT