IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ANDREW GRIMM,**

        Plaintiff,

v.

**CITY OF PORTLAND,**

        Defendant.

Case No. 3:18-cv-00183-MO

JUDGMENT

**MOSMAN, J.,**

Based on the Opinion and Order of the Court [ECF 103] granting Defendant City of Portland's Motion for Summary Judgment [ECF 94] and denying Plaintiff Andrew Grimm's Motion for Summary Judgment [ECF 95], IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

DATED this 10 day of March, 2023.

                                                  MICHAEL W. MOSMAN
                                                  Senior United States District Judge

1 – JUDGMENT